No. 331. SUPERIOR MANUFACTURING CORP. *v.* HESSLER MANUFACTURING CO. ET AL. C. A. 10th Cir. Certiorari denied. *Thomas K. Hudson* for petitioner. *William L. Bromberg* and *Edward Philip Kurz* for respondents. ▮

No. 333. HASKELL, BY ALBERTS, GUARDIAN AD LITEM, *v.* HASKELL. Court of Appeals of New York. Certiorari denied. *I. Stanley Stein* for petitioner. *Irving I. Erdheim* for respondent. ▮

No. 336. TAHIR *v.* LEHMANN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *Henry C. Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondent. ▮

No. 343. STAMFORD TRANSIT CO. *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL No. 145. Supreme Court of Errors of Connecticut. Certiorari denied. *Robert C. Bell, Jr.* for petitioner. ▮

No. 344. FIDELITY & DEPOSIT COMPANY OF MARYLAND *v.* STUDDS. C. A. 4th Cir. Certiorari denied. *Barron F. Black* and *Hugh S. Meredith* for petitioner. *William L. Parker* for respondent. ▮

No. 13, Misc. WESTON *v.* WALKER, WARDEN. Supreme Court of Louisiana. Certiorari denied. *Lemuel C. Parker* for petitioner. *Jack P. F. Gremillion*, Attorney General of Louisiana, *George M. Ponder*, First Assistant Attorney General, and *J. St. Clair Favrot* for respondent.